1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7298
6     Facsimile: (415) 436-6748
      elizabeth.kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                         UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT OF CALIFORNIA
10
                                  OAKLAND DIVISION
11

12  SHALLU RANI DIETZ,
                                              C 4:23-cv-01021 DMR
13              Plaintiff,
                                              **STIPULATION REMANDING CASE TO
14       v.                                   UNITED STATES CITIZENSHIP AND
                                              IMMIGRATION SERVICES, PURSUANT TO
15                                            8 U.S.C. § 1447(b) and [PROPOSED] ORDER**

16  ALEJANDRO MAYORKAS, Secretary of U.S.
    Department of Homeland Security, *et al*.,
17
                Defendants.
18

19
        Plaintiff commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to
20
adjudicate his application for naturalization that was pending before the United States Citizenship and
21
Immigration Services ("USCIS" or "the agency") for more than 120 days after Plaintiff had been
22
interviewed.  USCIS now is prepared to resolve this matter by adjudicating Plaintiff's application for
23
naturalization.  However, USCIS cannot adjudicate the application until the Court remands the matter to
24
the agency.  *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b)
25
case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160
26
(9th Cir. 2004) (accord).
27
        Accordingly, subject to the Court's approval, IT IS HEREBY STIPULATED that:
28
Stipulation to Remand
C 4:23-cv-01021 DMR                              1

1. The Court shall remand this case to USCIS, 630 Sansome Street, San Francisco, CA 94111, directing the agency to take all necessary actions, to include the issuance of a Notice of Intent to Deny ("NOID") on Plaintiff's application for naturalization, within fourteen days of the remand. USCIS will issue a decision within thirty days after receiving Plaintiff's response to the NOID.

2. Each of the parties shall bear their own costs and fees.

Dated: May 9, 2023

Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

　/s/ Elizabeth Kurlan　
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: May 9, 2023

　/s/ Arash Yasrebi　
ARASH YASREBI
Attorney for Plaintiff

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 9, 2023

HON. DONNA M. RYU
United States Chief Magistrate Judge

---

[1] In accordance with Civil Local Rule 5(h)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.